AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☒ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:24MJ 409 -1
Priority Mail bearing mailing label with tracking number )
9505 5145 1537 4289 5008 06 located at 3701 W )
Wendover Ave, Greensboro, North Carolina 27495 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail bearing mailing label with tracking number 9505 5145 1537 4289 5008 06 located at 3701 W Wendover Ave, Greensboro, North Carolina 27495, as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    October 31, 2024    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____L. Patrick Auld, U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    October 22, 2024 ; 3:32 pm    _____
                                                        *Judge's signature*

City and state:    Greensboro, North Carolina    L. Patrick Auld, U.S. Magistrate Judge
                                                 *Printed name and title*

# Return

| Case No.: 1:24MJ 409-1 | Date and time warrant executed: 10/22/2024 1535 | Copy of warrant and inventory left with: L. Patrick Auld, U.S. Magistrate Judge |
|---|---|---|

Inventory made in the presence of :
Inspector Angela Pollard

Inventory of the property taken and name(s) of any person(s) seized:

9071.85 gross grams of a green leaf like substance seized from United States Postal Service ("USPS") Priority Mail parcel 9505 5145 1537 4289 5008 06, which is a brown USPS priority cardboard box bearing the return address Arnold Peterson 7930 Amestoy Ave Van Nuys, CA 91406, and addressed to Aldo Olmedo 2501 Peachtree St Winston-Salem, NC 27107.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/06/2024

*Executing officer's signature*

John Greene - United States Postal Inspector
*Printed name and title*

## ATTACHMENT A

The parcel to be searched is depicted below and is a United States Postal Service Priority Mail Parcel bearing tracking number 9505 5145 1537 4289 5008 06, which is a brown USPS priority cardboard box bearing the return address Arnold Peterson 7930 Amestoy Ave Van Nuys, CA 91406, and addressed to Aldo Olmedo 2501 Peachtree St Winston-Salem, NC 27107. It measures approximately 18" x 18" x 18". The Subject Parcel is currently in the custody of USPIS, located at 3701 W. Wendover Ave., Greensboro, North Carolina 27495.



## ATTACHMENT B

## Items to Be Seized

The items to be seized consist of evidence, fruits, and instrumentalities of violations of Title 21, United States Code, §§ 841 and 846 (possession with intent to distribute a controlled substance and conspiracy to commit the same), including:

1. Controlled substances, drug paraphernalia, and associated packaging;
2. Transaction records regarding the purchase, sale, or transfer of controlled substances, to include receipts, bills of sale, and other indicia of purchase/sale;
3. Indicia of who sent the parcel;
4. Indicia of the intended recipient of the parcel.